## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  Ora E. Mott                ) Case No. 13- -
                                   )
                                   )
                                   )
                                   )
         Debtor(s)                 )

### Affidavit of Debtor

I, Ora E. Mott, the Debtor in the above-captioned matter, do hereby state, upon my oath and under penalty of perjury, that I have not been employed in the 60 prior to filing. My only income is Social Security Disability. Therefore, I have no paystubs to provide pursuant to 11 USC §521.

Further affiant sayeth naught.

/s/ Ora E. Mott
**Ora E. Mott**