## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:                                                                                    In Proceedings for a Plan under
                                                                                          Chapter 13

Ora E Mott

                                                                                                         Case No.:  13-43648-drd-13

Debtor

       SSN XXX-XX-4179

## ORDER DIRECTING DEBTOR TO PAY TRUSTEE

    The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule below to:

      Richard V. Fink
      Chapter 13 Trustee
      P.O. Box 1839
      Memphis, TN 38101-1839

    It is further ORDERED that the first payment is due by:  October 25, 2013 .  Subsequent payments are due as called for under the plan.  Payments are to be made with a Money Order, Cashier's Check or Personal Check.  **CASH WILL NOT BE ACCEPTED.**  Your name and Chapter 13 case number must be listed on each remittance.

    You can contact the trustee's office at (816) 842-1031.

    Failure to comply with this Order may result in your plan being dismissed.

Date:  September 26, 2013

                                                                                                 /s/ Dennis R. Dow

                                                                                                  Bankruptcy Judge

PLAN PAYMENTS:

| Due Date | | Periods |
|---|---|---|
| October 25, 2013 | $350.00  monthly | Until further Order of the Court |