# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                        CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __9/27/2013__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __9/27/2013__        Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                  In Proceedings for a Plan under Chapter 13

Ora E Mott

Case No.: 13-43648-drd-13

Debtor

SSN XXX-XX-4179

## ORDER DIRECTING DEBTOR TO PAY TRUSTEE

    The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule below to:

    Richard V. Fink
    Chapter 13 Trustee
    P.O. Box 1839
    Memphis, TN 38101-1839

    It is further ORDERED that the first payment is due by: October 25, 2013 . Subsequent payments are due as called for under the plan. Payments are to be made with a Money Order, Cashier's Check or Personal Check. **CASH WILL NOT BE ACCEPTED.** Your name and Chapter 13 case number must be listed on each remittance.

    You can contact the trustee's office at (816) 842-1031.

    Failure to comply with this Order may result in your plan being dismissed.

Date: September 26, 2013

/s/ Dennis R. Dow

Bankruptcy Judge

PLAN PAYMENTS:

| Due Date | | Periods |
|---|---|---|
| October 25, 2013 | $350.00   monthly | Until further Order of the Court |