Certificate Number: 15317-MOW-DE-021931411

Bankruptcy Case Number: 13-43648



15317-MOW-DE-021931411

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 27, 2013</u>, at <u>3:54</u> o'clock <u>PM PDT</u>, <u>Ora E Mott</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Missouri</u>.

Date: <u>September 27, 2013</u>       By: <u>/s/Rebecca Molobocco</u>

Name: <u>Rebecca Molobocco</u>

Title: <u>Counselor</u>