# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **ORA E. MOTT** ) | **No. 13-43648** |
| ) | **Chapter 13** |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Susan P. DeCoursey of Cohen McNeile & Pappas P.C., and hereby enters her appearance on behalf of Power Dry, Inc., a creditor of the above-captioned debtor. Pursuant to the Bankruptcy Rules all pleadings, motions, notices, orders and documents filed in this case as required or requested to be served on Power Dry, Inc., should be served upon its counsel at the below address.

Submitted by,

COHEN McNEILE & PAPPAS, P.C.

 /s/  Susan P. DeCoursey
Susan P. DeCoursey          MO 40257
4550 Belleview, 2nd Floor
Kansas City, MO  64111
(913) 491-4050    Facsimile (913) 491-3059
sdecoursey@cmplaw.net
ATTORNEYS FOR CREDITOR
POWER DRY, INC.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on this 3rd day of October, 2013, to all parties receiving electronic notification.

   /s/Susan P. DeCoursey