**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| In The Matter Of: | ) |
| | )    Case Number 13-43648-drd |
| Ora E Mott | ) |
| | ) |
| | )    Chapter 13 |
| Debtor, | ) |
| | ) |
| Green Tree Servicing LLC, as authorized | ) |
| servicer for Fannie Mae, as owner and | ) |
| holder of account/contract originated by | ) |
| CTX Mortgage Company, LLC | ) |
| | ) |
| Creditor, | ) |
| | ) |

**NOTICE OF APPEARANCE AND**
**CREDITOR REQUEST FOR NOTICE**

**TO THE CLERK OF THE BANKRUPTCY COURT; DEBTOR, ORA E MOTT,  ;**

**ATTORNEY FOR DEBTOR, JENNIFER E. PACKARD; CHAPTER 13 TRUSTEE,**

**RICHARD FINK; AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Millsap & Singer, LLC on behalf of Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by CTX Mortgage Company, LLC a party in interest in the above-captioned Chapter 13 case, hereby files a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests to be added to the master mailing list.  Pursuant to Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Creditor Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by CTX Mortgage Company, LLC hereby requests that special notice of all matters which may come before the Court be given as follows:

MS 156299.317327 BK

Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO  63005
Telephone  (636) 537-0110
Facsimile   (636) 537-0067
bkty@msfirm.com

The foregoing request includes all notice and papers referred to in Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedures, and also includes without limitation notices of any orders, applications, complaints, demands, hearings, motions, petitions, requests, plans, disclosure statements, and any other document brought before the Court in this case, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated November 8, 2013

Respectfully Submitted,
Millsap & Singer, LLC

*/s/ William T. Holmes, II*
Cynthia M. Woolverton, #47698
Michael J. Wambolt, #51231
William T. Holmes, II, #59759
612 Spirit Drive
St. Louis, MO  63005
Telephone:  (636) 537-0110
Facsimile:    (636) 537-0067

bkty@msfirm.com

Attorneys for Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by CTX Mortgage Company, LLC

MS 156299.317327 BK

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on November 8, 2013, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ William T. Holmes, II*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Jennifer E. Packard

Richard Fink

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

NONE

MS 156299.317327 BK