**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:   ORA E. MOTT                )
                                    ) Case No. 13-43648
                     Debtor         )

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Debtor, Ora E. Mott, by and through Counsel of record, and for her Response to the Trustee's Motion to Dismiss states that has 2009 tax returns to provide to the Trustee. Debtor will file an amended affidavit to clarify that Debtor has not been required to file tax returns since 2009 and will provide copies of said returns to the Trustee. Therefore, the Trustee's Motion to Dismiss should be denied.

**WHEREFORE**, Debtor prays the Court to deny Trustee's Motion to Dismiss and for such other relief as the Court deems just and proper.

Dated: 11/14/2013                    Respectfully submitted,
                                     W M Law

                                     /s/ Jennifer E. Packard
                                     Jennifer E. Packard, MO 62054
                                     15095 W 116th St
                                     Olathe, KS 66062
                                     (913) 422-0909 / Fax (913) 428-8549
                                     packard@wagonergroup.com
                                     ATTORNEY FOR DEBTOR

### CERRTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106.

                                     /s/ Jennifer E. Packard