**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:   ORA E. MOTT                )
                                    ) Case No. 13-43648
                    Debtor          )

## RESPONSE TO MISSOURI DEPARTMENT OF REVENUE'S MOTION TO DISMISS

**COMES NOW** Debtor, Ora E. Mott, by and through Counsel of record, and for her Response to the Missouri Department of Revenue's Motion to Dismiss states that Debtor has provided an affidavit which states that Debtor has not been required to file tax returns since 2009. Therefore, the Missouri Department of Revenue's Motion to Dismiss should be denied.

**WHEREFORE**, Debtor prays the Court to deny the Missouri Department of Revenue's Motin to Dismiss and for such other relief as the Court deems just and proper.

Dated: 11/27/2013

Respectfully submitted,
W M Law

/s/ Jennifer E. Packard
Jennifer E. Packard, MO 62054
15095 W 116th St
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
packard@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERRTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106.

/s/ Jennifer E. Packard