# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT  
DEBTOR 2 NAME:

CASE NUMBER: 1343648

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __12/3/2013__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118  
WAGONER BANKRUPTCY GROUP,15095 W 116TH ST,OLATHE KS 66062

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :__12/3/2013__      Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

OFFICE OF THE CHAPTER 13 TRUSTEE
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901
(816) 842-1031

December 02, 2013

Richard V. Fink, Trustee

Ora E Mott
1803 Ne 72Nd Terr
Kansas City, MO  64118

Case No.:  13-43648-drd-13

Ora E Mott

Debtor

Dear Sir and/or Madam:

    This is to inform you that the trustee has acknowledged that you have complied in regards to the trustee's request for tax returns. The trustee received tax returns on November 14, 2013.

        /s/ Richard V. Fink, Trustee

CC:
WAGONER BANKRUPTCY GROUP {206} - ATTORNEY FOR DEBTOR(S)

    KH    /Letter - Compliance re Tax Returns