# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ORA E MOTT

Case No.: 13-43648-drd-13

**Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DENY CONFIRMATION OF THE CHAPTER 13 PLAN

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Deny Confirmation of the Chapter 13 Plan (document # 40) filed on or about December 04, 2013, and in support thereof states:

1) On or about December 04, 2013, the trustee filed a(n) Trustees Motion to Deny Confirmation of the Chapter 13 Plan.

The Trustee requests that the Court withdraw the Trustees Motion to Deny Confirmation of the Chapter 13 Plan.

December 30, 2013

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd, Ste. 800
Kansas City, MO 64106-1901

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206)

/s/ Richard V. Fink, Trustee

KH    /Withdrawal - Generic