**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:  ORA E MOTT

Case No.: 13-43648-drd-13

**Debtor**

**CHAPTER 13 TRUSTEE'S CERTIFICATION**
**CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN**

Comes now Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:

He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan and has conducted a Section 341(a) meeting of creditors.  Based on the information available, the proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

December 30, 2013

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901

KH      /Certification Confirmation