# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                                    CASE NUMBER: 1343648
DEBTOR 2 NAME:

I ____Robert J Wallace, Jr.____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __12/31/2013__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __12/31/2013__          Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   ORA E MOTT

                                                            Case No.: 13-43648-drd-13

**Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DENY CONFIRMATION OF THE CHAPTER 13 PLAN

    Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Deny Confirmation of the Chapter 13 Plan (document # 40) filed on or about December 04, 2013, and in support thereof states:

      1)  On or about December 04, 2013, the trustee filed a(n) Trustees Motion to Deny Confirmation of the Chapter 13 Plan.

    The Trustee requests that the Court withdraw the Trustees Motion to Deny Confirmation of the Chapter 13 Plan.

December 30, 2013

                                               Respectfully Submitted,

                                               /s/ Richard V. Fink, Trustee
                                                 Richard V. Fink, Trustee
                                                 818 Grand Blvd, Ste. 800
                                                 Kansas City, MO 64106-1901

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206)

                                                                 /s/ Richard V. Fink, Trustee

                                                                            KH      /Withdraw al - Generic