# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re: Ora E Mott  
SSN: XXX-XX-4179

Case No.: 13-43648-drd-13  
Judge: Dennis R. Dow  
Dated: April 24, 2014

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

BECKET & LEE LLP  
PO BOX 3001  
MALVERN, PA 19355-0701  
**Court Claim No.:** 3  
**Trustee Claim No.:** 8  
**% to be Paid:** TBD  
**Claim Amount:** $172.91  
**Monthly Payment:** $0.00  
**Claim Type:** General Unsecured  
**Interest Rate:** 0.00%  
**Account:** 8237

CAPITAL ONE BANK USA  
PO BOX 30253  
SALT LAKE CITY, UT 84130  
**Court Claim No.:** Not Filed  
**Trustee Claim No.:** 4  
**% to be Paid:** TBD  
**Claim Amount:** Not Filed  
**Monthly Payment:** $0.00  
**Claim Type:** General Unsecured  
**Interest Rate:** 0.00%  
**Account:**

CAPITAL ONE BANK USA NA  
BY AMERICAN INFOSOURCE LP  
AS AGENT  
PO BOX 71083  
CHARLOTTE, NC 28272-1083  
**Court Claim No.:** 6  
**Trustee Claim No.:** 5  
**% to be Paid:** TBD  
**Claim Amount:** $2,912.56  
**Monthly Payment:** $0.00  
**Claim Type:** General Unsecured  
**Interest Rate:** 0.00%  
**Account:** 6686/8852

GREEN TREE SERVICING LLC  
PO BOX 0049  
PALATINE, IL 60055-0049  
**Court Claim No.:** 4  
**Trustee Claim No.:** 1  
**% to be Paid:** Direct  
**Claim Amount:** $94,875.86  
**Claim Type:** Mortgage Payment (Pr)  
**Account:** 0308

GREEN TREE SERVICING LLC  
PO BOX 0049  
PALATINE, IL 60055-0049  
**Court Claim No.:** 4  
**Trustee Claim No.:** 15  
**% to be Paid:** 100.00%  
**Claim Amount:** $694.01  
**Monthly Payment:** $0.00  
**Claim Type:** Mortgage Arrearage (Pr)  
**Interest Rate:** 0.00%  
**Account:** 0308

TBD = To Be Determined          Page 1 of 4

Case No.: 13-43648-drd-13                                Debtor: Ora E Mott

| | | |
|---|---|---|
| LIBERTY HOSPITAL<br>2525 GLENN HENDREN DR<br>LIBERTY, MO 64068 | **Court Claim No.:** Not Filed<br>**Trustee Claim No.:** 9<br>**% to be Paid:** TBD<br>**Claim Amount:** Not Filed | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 16<br>**% to be Paid:** TBD<br>**Claim Amount:** $414.78 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 4799 |
| NEBRASKA FURNITURE MART<br>PO BOX 3000<br>OMAHA, NE 68103 | **Court Claim No.:** 1<br>**Trustee Claim No.:** 2<br>**% to be Paid:** 100.00%<br>**Claim Amount:** $707.93 | **Monthly Payment:** $8.00<br>**Claim Type:** Secured (E)<br>**Interest Rate:** 4.03%<br>**Account:** 1499 |
| NORTH KANSAS CITY HOSPITAL<br>2800 CLAY EDWARDS DR<br>KANSAS CITY, MO 64116 | **Court Claim No.:** Not Filed<br>**Trustee Claim No.:** 10<br>**% to be Paid:** TBD<br>**Claim Amount:** Not Filed | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 9<br>**Trustee Claim No.:** 11<br>**% to be Paid:** TBD<br>**Claim Amount:** $4,114.98 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 2331 |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 6<br>**% to be Paid:** TBD<br>**Claim Amount:** $9,699.52 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 0133 |
| PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 8<br>**Trustee Claim No.:** 7<br>**% to be Paid:** TBD<br>**Claim Amount:** $252.54 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 3137 |

Case No.: 13-43648-drd-13					Debtor: Ora E Mott

| | | |
|---|---|---|
| POWER DRY INC<br>SUSAN P DECOURSEY/ COHEN<br>MCNEILE & PAPPAS PC<br>4550 BELLEVIEW 2ND FL<br>KANSAS CITY, MO 64111 | **Court Claim No.:** 2<br>**Trustee Claim No.:** 12<br>**% to be Paid:** TBD<br>**Claim Amount:** $3,225.61 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 3148 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 13<br>**% to be Paid:** TBD<br>**Claim Amount:** $3,496.50 | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** 1672 |
| TARGET<br>PO BOX 673<br>MINNEAPOLIS, MN 55440 | **Court Claim No.:** Not Filed<br>**Trustee Claim No.:** 14<br>**% to be Paid:** TBD<br>**Claim Amount:** Not Filed | **Monthly Payment:** $0.00<br>**Claim Type:** General Unsecured<br>**Interest Rate:** 0.00%<br>**Account:** |
| WELK RESORT GROUP<br>PO BOX 512148<br>LOS ANGELES, CA 90051 | **Court Claim No.:**<br>**Trustee Claim No.:** 3<br>**% to be Paid:** 0.00%<br>**Claim Amount:** $0.00 | **Monthly Payment:** $0.00<br>**Claim Type:** Surrender In Lieu Of Entire Debt<br>**Interest Rate:** 0.00%<br>**Account:** Surrendered |

TBD = To Be Determined					Page 3 of 4

Case No.:  13-43648-drd-13                                    Debtor:  Ora E Mott

Dated:  April 24, 2014                                        /s/ Richard V. Fink, Trustee

                                                              Richard V. Fink, Trustee
                                                              818 Grand Blvd., Suite 800
                                                              Kansas City, MO 64106-1901

## NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

                                                              /s/ Richard V. Fink, Trustee

                                                              CMA      /Notice - Allow /Disallow Claims

TBD = To Be Determined           Page 4 of 4