512 (3/09)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

6/11/14

U.S. Bankruptcy Court
Western District of Missouri

In Re:  Ora E Mott –BELOW MED–
        Debtor

Case No.: 13–43648–drd13
Chapter: 13

**ORDER SETTING DIVIDEND TO GENERAL UNSECURED CREDITORS**

    The confirmed plan provides for the trustee to set the dividend to general unsecured creditors, based on the actually filed and allowed claims, to provide for the pre−petition attorney fees paid from the plan payments and the pre−petition priority and general unsecured creditors to share at least $8950.00 .

    The order allowing claims has become final. Based on the filed and allowed claims, by setting the dividend to general unsecured creditors to 26.634 percent, the plan will pay the funds provided by the confirmed plan.

    The trustee's office will not reset the dividend to general unsecured creditors if additional or amended proofs of claim are filed by creditors and allowed, if the plan payments are suspended or if any other activity occurs which would cause the plan to no longer amortize. It is the responsibility of the debtor and the debtor's attorney to monitor the case for any problems which arise due to circumstances which arise after the dividend has been set.

    It is, therefore

    ORDERED that the dividend to general unsecured creditors be set to 26.634 percent for the plan to pay the funds provided by the confirmed plan.

Dated: 6/11/14

/s/  Dennis R. Dow

_____
UNITED STATES BANKRUPTCY JUDGE