512 (3/09)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

6/11/14

U.S. Bankruptcy Court
Western District of Missouri

In Re:  Ora E Mott  –BELOW MED–
     Debtor

Case No.: 13−43648−drd13
Chapter: 13

**ORDER SETTING DIVIDEND TO GENERAL UNSECURED CREDITORS**

    The confirmed plan provides for the trustee to set the dividend to general unsecured creditors, based on the actually filed and allowed claims, to provide for the pre−petition attorney fees paid from the plan payments and the pre−petition priority and general unsecured creditors to share at least $8950.00 .

    The order allowing claims has become final. Based on the filed and allowed claims, by setting the dividend to general unsecured creditors to 26.634 percent, the plan will pay the funds provided by the confirmed plan.

    The trustee's office will not reset the dividend to general unsecured creditors if additional or amended proofs of claim are filed by creditors and allowed, if the plan payments are suspended or if any other activity occurs which would cause the plan to no longer amortize. It is the responsibility of the debtor and the debtor's attorney to monitor the case for any problems which arise due to circumstances which arise after the dividend has been set.

    It is, therefore

    ORDERED that the dividend to general unsecured creditors be set to 26.634 percent for the plan to pay the funds provided by the confirmed plan.

Dated: 6/11/14

/s/  Dennis R. Dow

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Missouri

In re:                                                                  Case No. 13-43648-drd
Ora E Mott                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0866-4          User: richardk              Page 1 of 2                  Date Rcvd: Jun 11, 2014
                              Form ID: 512                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2014.
db          +Ora E Mott,    1803 NE 72nd Terr,    Kansas City, MO 64118-2311
14998466     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14928617    +Capital One Bank USA,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
14928618    +Capital One Bank USA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14956712     Capital One NA,   c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14928623    +Kramer & Frank,    1125 Grand Blvd.,    ste 600,    Kansas City, MO 64106-2501
14928624    +Liberty Hospital,    2525 Glann W. Hendren Dr.,    Liberty, MO 64068-9600
14928625    +Max Lacasse,    1803 NE 72nd Terr.,   Kansas City, MO 64118-2311
14928627    +North Kansas City Hospital,    2800 Clay Edwards Dr.,    Kansas City, MO 64116-3220
15018576   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
14928629    +Power Dry,    14808 W. 114 Terr.,   Lenexa, KS 66215-4883
14928630    +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
14928631    +Target,   P.O. Box 673,    Minneapolis, MN 55440-0673
14928632    +Welk Resort Group,    PO Box 512148,   Los Angeles, CA 90051-0148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: ecfnotices@dor.mo.gov Jun 11 2014 20:48:17     Missouri Department of Revenue,
             General Counsel's Office,    PO Box 475,   Jefferson City, MO  65105-0475
14928619    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2014 20:53:10      GECRB/Sams Club,   PO Box 965005,
             Orlando, FL 32896-5005
14928620    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2014 20:53:11      GEMB/Lowes,   P.O. Box 956005,
             Orlando, FL 32896-0001
14971107     E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 11 2014 20:48:25     Green Tree Servicing, LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
14928621    +E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 11 2014 20:48:25     Green Tree Servicing,
             PO Box 6172,   Rapid City, SD 57709-6172
14971108     E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 11 2014 20:48:25     Green Tree Servicing, LLC,
             PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number: 888-298-7785
14928622    +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 11 2014 20:48:19      Kohls payment center,
             P.O. Box 3115,   Milwaukee, WI 53201-3115
15015160     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2014 20:53:49
             LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
             Services, Inc,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14928626     E-mail/Text: demand@nfm.com Jun 11 2014 20:48:30     Nebraska Furniture Mart,   P.O. Box 3456,
             Omaha, NE  68103
14931144    +E-mail/Text: demand@nfm.com Jun 11 2014 20:48:30     Nebraska Furniture Mart,   PO Box 3000,
             Omaha, NE 68103-3030
14928628    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2014 20:53:48      Paypal,   P.O. Box 965005,
             Orlando, FL 32896-5005
14994133     E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2014 20:48:27
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0866-4          User: richardk              Page 2 of 2                  Date Rcvd: Jun 11, 2014
                              Form ID: 512                Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:
          Jennifer E. Packard    on behalf of Debtor Ora E Mott bankruptcy@wagonergroup.com,
           packard@wagonergroup.com
          Richard Fink    ecfincdocs@WDMO13.com
          Susan L. Lissant    on behalf of Creditor    Missouri Department of Revenue bankruptcy@dor.mo.gov
          Susan P. DeCoursey    on behalf of Creditor    Power Dry, Inc. sdecoursey@cmplaw.net,
           jdavis@cmplaw.net;gpappas@cmplaw.net
          William T. Holmes, II    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer
           for Fannie Mae, as owner and holder of account/contract originated by CTX Mortgage Company, LLC
           bkty@msfirm.com
                                                                                                                  TOTAL: 5