# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   ORA E MOTT

                                                  Case No.:  13-43648-drd-13

**Debtor**

## TRUSTEE'S NOTICE OF COMPLETION OF CHAPTER 13 PLAN

    COMES NOW Richard V. Fink, the Standing Chapter 13 Trustee ("trustee"), and files this Notice of Completion of Chapter 13 Plan ("Notice") giving all creditors and interested parties 30 days to object to the trustee continuing the process of closing this case as completed.

  Pursuant to 11 U.S.C. Section 1302(b)(1) incorporating 11 U.S.C. Section 704(a)(9), the trustee is required to file a final report and account upon the closing of a case. However, the trustee is prohibited from filing the final report and account until all of the trustee's distributions have cleared the trustee's bank. Until all distributions have been negotiated, the trustee files this Notice to indicate that, based upon the trustee's review, the trustee has received sufficient funds in this case to comply with the terms of the confirmed Chapter 13 plan and for the trustee to commence the process of closing the case as completed.

    **Based upon the trustee's review: 1) all creditors have been treated according to the terms of the confirmed plan and other orders of the Court; 2) all claims that are being paid as long-term debts pursuant to 11 U.S.C. Section 1322(b)(5) are current, and that, if the trustee was making the ongoing post-petition payments, the debtor is now responsible for making those on-going payments directly to creditors; and 3) the debtor is no longer required to make plan payments to the trustee.**

Any objection to this Notice and the assertions herein must be filed with the Clerk of the Bankruptcy Court within 30 days of this notice. Absent any such objection or any such objection being sustained, the trustee will continue the process of closing this case as completed. After all of the trustee's distributions have cleared the trustee's bank, the trustee will file a final report and account.

The debtor is reminded that the Bankruptcy Court will not grant a discharge without the timely filing of a statement of completion of a personal financial management course on the official form in accordance with 11 U.S.C. Section 1328(g) and Fed. R. Bank. P. 1007(b)(7); and the filing of a Motion for Entry of Discharge pursuant to Local Rule 4004-4.

                                                                                Respectfully submitted,

            August 18, 2016

                                                                             /s/ Richard V. Fink, Trustee

                                                                              Richard V. Fink, Trustee
                                                                              2345 Grand Blvd., Ste. 1200
                                                                              Kansas City, MO 64108-2663
                                                                              (816) 842-1031

**NOTICE**

**Any response to the above Notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

/s/ Richard V. Fink, Trustee

TD    /Notice - Completion