IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                                                                Chapter 13

Ora E Mott                                                                                       Case No.: 13-43648-drd-13

SSN XXX-XX-4179

---

**ORDER CANCELLING WAGE ORDER TO DEBTOR**

---

    You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

Date: August 18, 2016

Ora E Mott                                                                     /s/ Dennis R. Dow
1803 Ne 72Nd Terr
Kansas City, MO  64118                                            Bankruptcy Judge

                                                                                                 TD        /Order - Wage - Cancel