# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                       CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___8/19/2016___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

CAPITAL ONE BANK (USA) NA,PO BOX 71083,CHARLOTTE NC 28272-1083
CAPITAL ONE BANK USA,PO BOX 30253,SALT LAKE CITY UT 84130
CAPITAL ONE BANK USA,PO BOX 30281,SALT LAKE CITY UT 84130
CAPITAL ONE NA,C/O BECKET AND LEE LLP,POB 3001,MALVERN PA 19355-0701
GECRB/SAMS CLUB,PO BOX 965005,ORLANDO FL 32896
GEMB/LOWES,PO BOX 956005,ORLANDO FL 32896
GREEN TREE SERVICING LLC,PO BOX 0049,PALATINE IL 60055-0049,TELEPHONE NUMBER 88829-8778
GREEN TREE SERVICING LLC,PO BOX 6154,RAPID CITY SD 57709-6154,TELEPHONE NUMBER 88829-8778
GREEN TREE SERVICING,PO BOX 6172,RAPID CITY SD 57709
KAREN S MAXCY,W M LAW,15095 W 116TH ST,OLATHE KS 66062
KOHLS PAYMENT CENTER,PO BOX 3115,MILWAUKEE WI 53201
KRAMER & FRANK,1125 GRAND BLVD,STE 600,KANSAS CITY MO 64106
LIBERTY HOSPITAL,2525 GLANN W HENDREN DR,LIBERTY MO 64068
LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS,ASSIGNEE OF MCI COMMUNICATIONS,SERVICES INC RESURGENT CAPITAL SERVICES,GREENVILLE SC 29
MAX LACASSE,1803 NE 72ND TERR,KANSAS CITY MO 64118
MISSOURI DEPARTMENT OF REVENUE,BANKRUPTCY UNIT,PO BOX 475,JEFFERSON CITY MO 65105
NEBRASKA FURNITURE MART,PO BOX 3000,OMAHA NE 68103
NEBRASKA FURNITURE MART,PO BOX 3456,OMAHA NE 68103
NORTH KANSAS CITY HOSPITAL,2800 CLAY EDWARDS DR,KANSAS CITY MO 64116
ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118
PAYPAL,PO BOX 965005,ORLANDO FL 32896
PORTFOLIO RECOVERY ASSOCIATES LLC,POB 12914,NORFOLK VA 23541
POWER DRY INC,C/O COHEN MCNEILE & PAPPAS PC,4550 BELLEVIEW 2ND FLOOR,KANSAS CITY MO 64111
POWER DRY,14808 W 114 TERR,LENEXA KS 66215
QUANTUM3 GROUP LLC AS AGENT FOR,MOMA FUNDING LLC,PO BOX 788,KIRKLAND WA 98083-0788
SEARS,PO BOX 6282,SIOUX FALLS SD 57117
TARGET,PO BOX 673,MINNEAPOLIS MN 55440
WELK RESORT GROUP,PO BOX 512148,LOS ANGELES CA 90051

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___8/19/2016___        Signature : _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ORA E MOTT

                                                        Case No.: 13-43648-drd-13

**Debtor**

## TRUSTEE'S NOTICE OF COMPLETION OF CHAPTER 13 PLAN

    COMES NOW Richard V. Fink, the Standing Chapter 13 Trustee ("trustee"), and files this Notice of Completion of Chapter 13 Plan ("Notice") giving all creditors and interested parties 30 days to object to the trustee continuing the process of closing this case as completed.

  Pursuant to 11 U.S.C. Section 1302(b)(1) incorporating 11 U.S.C. Section 704(a)(9), the trustee is required to file a final report and account upon the closing of a case. However, the trustee is prohibited from filing the final report and account until all of the trustee's distributions have cleared the trustee's bank. Until all distributions have been negotiated, the trustee files this Notice to indicate that, based upon the trustee's review, the trustee has received sufficient funds in this case to comply with the terms of the confirmed Chapter 13 plan and for the trustee to commence the process of closing the case as completed.

    **Based upon the trustee's review: 1) all creditors have been treated according to the terms of the confirmed plan and other orders of the Court; 2) all claims that are being paid as long-term debts pursuant to 11 U.S.C. Section 1322(b)(5) are current, and that, if the trustee was making the ongoing post-petition payments, the debtor is now responsible for making those on-going payments directly to creditors; and 3) the debtor is no longer required to make plan payments to the trustee.**

Any objection to this Notice and the assertions herein must be filed with the Clerk of the Bankruptcy Court within 30 days of this notice. Absent any such objection or any such objection being sustained, the trustee will continue the process of closing this case as completed. After all of the trustee's distributions have cleared the trustee's bank, the trustee will file a final report and account.

The debtor is reminded that the Bankruptcy Court will not grant a discharge without the timely filing of a statement of completion of a personal financial management course on the official form in accordance with 11 U.S.C. Section 1328(g) and Fed. R. Bank. P. 1007(b)(7); and the filing of a Motion for Entry of Discharge pursuant to Local Rule 4004-4.

August 18, 2016

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE

**Any response to the above Notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

/s/ Richard V. Fink, Trustee

TD    /Notice - Completion