# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT            CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __8/19/2016__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __8/19/2016__      Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:            Chapter 13

Ora E Mott            Case No.: 13-43648-drd-13

SSN XXX-XX-4179

**ORDER CANCELLING WAGE ORDER TO DEBTOR**

    You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

Date: August 18, 2016

Ora E Mott            /s/ Dennis R. Dow
1803 Ne 72Nd Terr
Kansas City, MO  64118            Bankruptcy Judge

           TD    /Order - Wage - Cancel