| Fill in this information to identify the case: |
|---|
| Debtor 1:  ORA E MOTT |
| Debtor 2: (Spouse, if filing) |
| United States Bankruptcy Court for the Western District of Missouri |
| Case number: 13-43648-drd-13 |

Form 4100 N
# NOTICE OF FINAL CURE PAYMENT                                            10/15
File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:  Mortgage Information

**Name of creditor:**  GREEN TREE SERVICING LLC                **Court claim no.** (if known)
                                                                                                4

**Last 4 digits** of any number you use to identify the debtor's account:  0308

**Property Address:**

1803 NE 72ND TERR
KANSAS CITY, MO 64118

## Part 2:  Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $694.01 |
| b. Prepetition arrearage paid by the trustee (principal): | (b) | $694.01 |
| Prepetition arrearage paid by the trustee (interest): | | $0.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c): | (c) | $0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c) and paid by the trustee: | (d) | $0.00 |
| e. Allowed postpetition arrearage: | (e) | $0.00 |
| f. Postpetition arrearage paid by the trustee (principal): | (f) | $0.00 |
| Postpetition arrearage paid by the trustee (interest): | | $0.00 |
| g. **Total**. Add lines b, d, and f. | (g) | $694.01 |

| **Part 3:** | **Postpetition Mortgage Payment** |

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment:
  The next postpetition payment is due on:

☒ Mortgage is paid directly by the debtor(s).
  The trustee has no knowledge of whether the debtor is current on post petition mortgage payments.

To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

/s/ Richard V. Fink, Trustee                                September 15, 2016

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE**

**Any response to the notice must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court, pursuant to 11 USC Section 102(1), may determine that the debtor has cured the prepetition default and is current on all postpetition payments, and enter such an order.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
GREEN TREE SERVICING LLC (378468)

/s/ Richard V. Fink, Trustee

JM/Notice - Final Cure Payment