Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### KANSAS CITY DIVISION

**Name of debtor:** Ora E Mott

**Case Number:** 13-43648-DRD13

**Chapter 13**

**Trustee:** Richard Fink

**Judge:** Dennis R. Dow

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 09/15/2016

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

**Name of creditor:** Ditech Financial LLC  F/K/A Green Tree Servicing LLC

**Last four digits** of any number you use to identify the debtor's account:   xxxxxx6396

## Statement in Response as of: 10/05/2016

### 1.    Pre-Petition Arrears - Court claim no. (if known): 4  (Docket Entry #63)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
Amount of pre-petition arrears due at filing:  _____
Amount received from the Chapter 13 Trustee  _____

Pre-Petition arrears remaining due:  _____

### 2.    Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
Post-petition amounts remaining due:  _____

### 3.    Sign Here

Print Name:   **Craig A. Edelman**
Title:   Authorized Agent for Ditech Financial LLC
Company:   Buckley Madole, P.C.

/s/ Craig A. Edelman
Signature

Address and telephone number:

10/06/2016
Date

P. O. Box 9013
Addison, TX 75001

Telephone:   ((972) 643-6600         Email:       POCInquiries@buckleymadole.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before  October 6, 2016 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Ora E Mott
1803 NE 72nd Ter
Kansas City, MO 64118

**Debtors' Attorney**
Karen S. Maxcy
W M Law
15095 W. 116th St
Olathe, KS 66062

**Chapter 13 Trustee**
Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663


Respectfully Submitted,

/s/  **Craig A. Edelman**