# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                         CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __10/12/2016__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

GREEN TREE SERVICING LLC,PO BOX 0049,PALATINE IL 60055-0049
GREEN TREE SERVICING LLC,PO BOX 6154,RAPID CITY SD 57709-6154
ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __10/12/2016__          Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Case: 13-43648
Name: ORA E MOTT
Date: 10/7/2016
Doc#: 68

Order of the Court

The Notice of Final Cure Mortgage Payment and the Notice of Completion of Chapter 13 Plan are hereby approved. The mortgage held by GREEN TREE SERVICING LLC for Proof of Claim #4 is deemed current as indicated in the Notice of Final Cure Mortgage Payment. The Chapter 13 trustee shall close the case.

It is so ORDERED by /s/Dennis R. Dow


The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.
File the Certificate of Service and relate it to the epo category.
This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached. (Related document(s)63 Notice of Final Cure Mortgage Payment, 67 Response in Agreement to Ntc of Final Cure Pmt Rule 3002.1) (Cowan, Beverley)