# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ORA E MOTT

                                               Case No.:  13-43648-drd-13

**Debtor**                     **Chapter 13**

## NOTICE OF FILING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

   On November 08, 2016 Richard V. Fink, Standing Chapter 13 Trustee, filed a final report in this case and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s).  The Court will enter said order(s) shortly.

   This notice is to give parties an opportunity to file, in writing, any objections they may have to the Chapter 13 Trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. Pursuant to Fed. R. Bankr. P. 5009(a), any objection to the Chapter 13 Trustee's Final Report and Account must be filed within thirty (30) days of the date of the final report with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at 400 E. 9th St., Room 1510, Kansas City, MO 64106.

   Further be advised that, if any ongoing post-petition payments are being paid pursuant to 11 U.S.C. Section 1322(b)(5) by the trustee from plan payments, rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, will be deemed current as of the date the last ongoing payment was made by the Trustee's office in a completed case, unless the creditor has timely objected.

                                                            Respectfully submitted,

November 08, 2016

                                                             /s/ Richard V. Fink, Trustee

                                                             Richard V. Fink, Trustee
                                                             2345 Grand Blvd., Ste. 1200
                                                             Kansas City, MO 64108-2663
                                                             (816) 842-1031t

## **NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

/s/ Richard V. Fink, Trustee

JM /Notice - Final Report