# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                              CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/9/2016__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/9/2016__          Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION (KANSAS CITY)

| | |
|---|---|
| In re:<br><br>ORA E MOTT<br><br>Debtor(s) | Case No. 13-43648-drd-13 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/25/2013.

2) The plan was confirmed on 01/02/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/25/2016.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $21,100.00.

10) Amount of unsecured claims discharged without payment: $17,935.17.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,400.00 |
| Less amount refunded to debtor | $400.20 |
| **NET RECEIPTS:** | **$10,999.80** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,481.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $615.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,096.40** |

Attorney fees paid and disclosed by debtor:      $519.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BECKET & LEE LLP | Unsecured | 47.00 | 172.91 | 172.91 | $46.05 | $0.00 |
| CAPITAL ONE BANK USA | Unsecured | 99.00 | NA | NA | $0.00 | $0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,640.00 | 2,912.56 | 2,912.56 | $775.73 | $0.00 |
| GREEN TREE SERVICING LLC | Secured | 94,000.00 | 94,875.86 | 94,875.86 | $0.00 | $0.00 |
| GREEN TREE SERVICING LLC | Secured | NA | 694.01 | 694.01 | $694.01 | $0.00 |
| LIBERTY HOSPITAL | Unsecured | 0.00 | NA | NA | $0.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 414.78 | 414.78 | $110.47 | $0.00 |
| NEBRASKA FURNITURE MART | Secured | 696.00 | 707.93 | 707.93 | $707.93 | $32.23 |
| NORTH KANSAS CITY HOSPITAL | Unsecured | 0.00 | NA | NA | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 9,306.00 | 9,699.52 | 9,699.52 | $2,583.37 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 212.00 | 252.54 | 252.54 | $67.26 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,823.00 | 4,114.98 | 4,114.98 | $1,095.98 | $0.00 |
| POWER DRY INC | Unsecured | 3,251.00 | 3,225.61 | 3,225.61 | $859.11 | $0.00 |
| *POWER DRY INC* | | | | | *$151.28* | *$0.00* |
| *POWER DRY INC* | | | | | *$707.83* | *$0.00* |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 3,284.00 | 3,496.50 | 3,496.50 | $931.26 | $0.00 |
| TARGET | Unsecured | 16.00 | NA | NA | $0.00 | $0.00 |
| WELK RESORT GROUP | Secured | 25,000.00 | NA | NA | $0.00 | $0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $94,875.86 | $0.00 | $0.00 |
| Mortgage Arrearage | $694.01 | $694.01 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $707.93 | $707.93 | $32.23 |
| **TOTAL SECURED:** | **$96,277.80** | **$1,401.94** | **$32.23** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,515.01** | **$7,328.34** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,096.40 |
| Disbursements to Creditors | $8,762.51 |
| **TOTAL DISBURSEMENTS :** | **$11,858.91** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2016                           By:/s/ Richard V. Fink Trustee
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**