# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT  
DEBTOR 2 NAME:  

CASE NUMBER: 1343648

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/9/2016__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

CAPITAL ONE BANK (USA) NA,PO BOX 71083,CHARLOTTE NC 28272-1083  
CAPITAL ONE BANK USA,PO BOX 30253,SALT LAKE CITY UT 84130  
CAPITAL ONE BANK USA,PO BOX 30281,SALT LAKE CITY UT 84130  
CAPITAL ONE NA,C/O BECKET AND LEE LLP,POB 3001,MALVERN PA 19355-0701  
DITECH FINANCIAL LLC,PO BOX 9013,ADDISON TX 75001  
GECRB/SAMS CLUB,PO BOX 965005,ORLANDO FL 32896  
GEMB/LOWES,PO BOX 956005,ORLANDO FL 32896  
GREEN TREE SERVICING LLC,PO BOX 0049,PALATINE IL 60055-0049,TELEPHONE NUMBER 88829-8778  
GREEN TREE SERVICING LLC,PO BOX 6154,RAPID CITY SD 57709-6154,TELEPHONE NUMBER 88829-8778  
GREEN TREE SERVICING,PO BOX 6172,RAPID CITY SD 57709  
KAREN S MAXCY,W M LAW,15095 W 116TH ST,OLATHE KS 66062  
KOHLS PAYMENT CENTER,PO BOX 3115,MILWAUKEE WI 53201  
KRAMER & FRANK,1125 GRAND BLVD,STE 600,KANSAS CITY MO 64106  
LIBERTY HOSPITAL,2525 GLANN W HENDREN DR,LIBERTY MO 64068  
LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS,ASSIGNEE OF MCI COMMUNICATIONS,SERVICES INC RESURGENT CAPITAL SERVICES,GREENVILLE SC 29  
MAX LACASSE,1803 NE 72ND TERR,KANSAS CITY MO 64118  
MISSOURI DEPARTMENT OF REVENUE,BANKRUPTCY UNIT,PO BOX 475,JEFFERSON CITY MO 65105  
NEBRASKA FURNITURE MART,PO BOX 3000,OMAHA NE 68103  
NEBRASKA FURNITURE MART,PO BOX 3456,OMAHA NE 68103  
NORTH KANSAS CITY HOSPITAL,2800 CLAY EDWARDS DR,KANSAS CITY MO 64116  
ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118  
PAYPAL,PO BOX 965005,ORLANDO FL 32896  
PORTFOLIO RECOVERY ASSOCIATES LLC,POB 12914,NORFOLK VA 23541  
POWER DRY INC,C/O COHEN MCNEILE & PAPPAS PC,4550 BELLEVIEW 2ND FLOOR,KANSAS CITY MO 64111  
POWER DRY,14808 W 114 TERR,LENEXA KS 66215  
QUANTUM3 GROUP LLC AS AGENT FOR,MOMA FUNDING LLC,PO BOX 788,KIRKLAND WA 98083-0788  
SEARS,PO BOX 6282,SIOUX FALLS SD 57117  
TARGET,PO BOX 673,MINNEAPOLIS MN 55440  
WELK RESORT GROUP,PO BOX 512148,LOS ANGELES CA 90051  

By Electronic Transmittal :  
By Fax :  

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/9/2016__      Signature : __Robert J. Wallace, Jr.__

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   ORA E MOTT

                                                                   Case No.:  13-43648-drd-13

                **Debtor**                                    **Chapter 13**

### NOTICE OF FILING FINAL REPORT AND ACCOUNT
### OF CHAPTER 13 TRUSTEE

    On November 08, 2016 Richard V. Fink, Standing Chapter 13 Trustee, filed a final report in this case and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s).  The Court will enter said order(s) shortly.

    This notice is to give parties an opportunity to file, in writing, any objections they may have to the Chapter 13 Trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. Pursuant to Fed. R. Bankr. P. 5009(a), any objection to the Chapter 13 Trustee's Final Report and Account must be filed within thirty (30) days of the date of the final report with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at 400 E. 9th St., Room 1510, Kansas City, MO 64106.

    Further be advised that, if any ongoing post-petition payments are being paid pursuant to 11 U.S.C. Section 1322(b)(5) by the trustee from plan payments, rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, will be deemed current as of the date the last ongoing payment was made by the Trustee's office in a completed case, unless the creditor has timely objected.

                                                               Respectfully submitted,

     November 08, 2016

                                                               /s/ Richard V. Fink, Trustee

                                                               Richard V. Fink, Trustee
                                                               2345 Grand Blvd., Ste. 1200
                                                               Kansas City, MO 64108-2663
                                                               (816) 842-1031t

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

ALL PARTIES BASED ON THE MOST RECENT MATRIX FILED AT COURT

                                                    /s/ Richard V. Fink, Trustee

                                                    JM /Notice - Final Report