# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT                                                     CASE NUMBER: 1343648
DEBTOR 2 NAME:

I      Robert J Wallace, Jr.      certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   11/11/2016   :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

CAPITAL ONE BANK (USA) NA,PO BOX 71083,CHARLOTTE NC 28272-1083
CAPITAL ONE BANK USA,PO BOX 30253,SALT LAKE CITY UT 84130
CAPITAL ONE BANK USA,PO BOX 30281,SALT LAKE CITY UT 84130
CAPITAL ONE NA,C/O BECKET AND LEE LLP,POB 3001,MALVERN PA 19355-0701
DITECH FINANCIAL LLC,PO BOX 9013,ADDISON TX 75001
GECRB/SAMS CLUB,PO BOX 965005,ORLANDO FL 32896
GEMB/LOWES,PO BOX 956005,ORLANDO FL 32896
GREEN TREE SERVICING LLC,PO BOX 0049,PALATINE IL 60055-0049,TELEPHONE NUMBER 88829-8778
GREEN TREE SERVICING LLC,PO BOX 6154,RAPID CITY SD 57709-6154,TELEPHONE NUMBER 88829-8778
GREEN TREE SERVICING,PO BOX 6172,RAPID CITY SD 57709
KAREN S MAXCY,W M LAW,15095 W 116TH ST,OLATHE KS 66062
KOHLS PAYMENT CENTER,PO BOX 3115,MILWAUKEE WI 53201
KRAMER & FRANK,1125 GRAND BLVD,STE 600,KANSAS CITY MO 64106
LIBERTY HOSPITAL,2525 GLANN W HENDREN DR,LIBERTY MO 64068
LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS,ASSIGNEE OF MCI COMMUNICATIONS,SERVICES INC RESURGENT CAPITAL SERVICES,GREENVILLE SC 29
MAX LACASSE,1803 NE 72ND TERR,KANSAS CITY MO 64118
MISSOURI DEPARTMENT OF REVENUE,BANKRUPTCY UNIT,PO BOX 475,JEFFERSON CITY MO 65105
NEBRASKA FURNITURE MART,PO BOX 3000,OMAHA NE 68103
NEBRASKA FURNITURE MART,PO BOX 3456,OMAHA NE 68103
NORTH KANSAS CITY HOSPITAL,2800 CLAY EDWARDS DR,KANSAS CITY MO 64116
ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118
PAYPAL,PO BOX 965005,ORLANDO FL 32896
PORTFOLIO RECOVERY ASSOCIATES LLC,POB 12914,NORFOLK VA 23541
POWER DRY INC,C/O COHEN MCNEILE & PAPPAS PC,4550 BELLEVIEW 2ND FLOOR,KANSAS CITY MO 64111
POWER DRY,14808 W 114 TERR,LENEXA KS 66215
QUANTUM3 GROUP LLC AS AGENT FOR,MOMA FUNDING LLC,PO BOX 788,KIRKLAND WA 98083-0788
SEARS,PO BOX 6282,SIOUX FALLS SD 57117
TARGET,PO BOX 673,MINNEAPOLIS MN 55440
WELK RESORT GROUP,PO BOX 512148,LOS ANGELES CA 90051

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    11/11/2016             Signature : _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Case: 13-43648

Name: ORA E MOTT

Date: 11/9/2016

Doc#: 72

Order Approving Final Account of Chapter 13 Trustee

The final account of the chapter 13 Trustee and closing of the chapter 13 estate due to the plan completion is hereby APPROVED. The estate of the above named debtor(s) has been fully administered and the chapter 13 Trustee is discharged as trustee of the estate.

It is so ORDERED by /s/ Dennis R. Dow.

This Notice of Electronic Filing is the Official ORDER for this Entry. No document is attached. (Related Doc # 70 ). (ADIclerk)