# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ORA E MOTT

                                                          Case No.:  13-43648-drd-13

**Debtor**

## NOTICE OF FILING AMENDED FINAL REPORT AND ACCOUNT
## OF CHAPTER 13 TRUSTEE

   On November 03, 2017, Richard V. Fink, Standing Chapter 13 Trustee, filed an amended final report in this case.

   The Trustee filed a prior Chapter 13 Trustee Final Report and Account, court document #70, on November 08, 2016. That Final Report contained a computation error in the Summary of Disbursements to Creditors section. All financial amounts listed in the Scheduled Creditors section, were accurately reported for each creditor. The Amended Final Report and Account of Chapter 13 Trustee, dated November 03, 2017 corrects the amounts listed in the Summary of Disbursements to Creditors.

November 07, 2017

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JM/Notice - Final Report