# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT             CASE NUMBER: 1343648
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __11/8/2017__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __11/8/2017__        Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Case: 13-43648

Name: ORA E MOTT

Date: 11/6/2017

Doc#: 78

Order Approving AMENDED Final Account of Chapter 13 Trustee

The AMENDED final account of the chapter 13 Trustee and closing of the chapter 13 estate due to the plan completion is hereby APPROVED. The estate of the above named debtor has been fully administered and the chapter 13 Trustee is discharged as trustee of the estate.

It is so ORDERED by /s/Cynthia A. Norton.

This Notice of Electronic Filing is the Official ORDER for this Entry. No document is attached.

(related document(s)60, 58, 86 , 48, 109 , 110 , 227 , 93 , 76, 77, 73) (Almstedt, Jonathan)