# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ORA E MOTT  
DEBTOR 2 NAME:  

CASE NUMBER: 1343648

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on   11/8/2017   :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ORA E MOTT,1803 NE 72ND TERR,KANSAS CITY MO 64118

By Electronic Transmittal :  
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :   11/8/2017        Signature : _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.  
2099 Thomas Road Suite 10  
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ORA E MOTT

Case No.:  13-43648-drd-13

**Debtor**

## NOTICE OF FILING AMENDED FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

On November 03, 2017, Richard V. Fink, Standing Chapter 13 Trustee, filed an amended final report in this case.

The Trustee filed a prior Chapter 13 Trustee Final Report and Account, court document #70, on November 08, 2016. That Final Report contained a computation error in the Summary of Disbursements to Creditors section. All financial amounts listed in the Scheduled Creditors section, were accurately reported for each creditor. The Amended Final Report and Account of Chapter 13 Trustee, dated November 03, 2017 corrects the amounts listed in the Summary of Disbursements to Creditors.

November 07, 2017

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JM/Notice - Final Report